```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0095--CV (RRB)
                     "USA V CLYDE FOWLER"

       Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 05/03/05
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)
                    28:2255
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 1.1 | FOWLER, CLYDE | No counsel found for this party! |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0095--CV (RRB)
                                "USA V CLYDE FOWLER"

                                  For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 05/03/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)
                     28:2255
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:


 Document #   Filed      Docket text

 NOTE -   1   05/03/05   Notation: ALL FUTURE FILINGS ARE TO BE INTO A03-0102CR (RRB).
```