# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA    v.    CLYDE FOWLER 

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                         CASE NO.   3:03-CR-00102-02-RRB 

 CAROLYN BOLLMAN 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 17, 2006

          Petitioner's Status Report and Motion to Voluntarily

Dismiss Petition for Habeas Corpus at Docket 127 is GRANTED.